UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
YVROSE JEAN-BAPTISTE,

                                      Civil Action No.: 07CV3535
                                      (FB)(CLP)

                                      **AFFIDAVIT OF**
                                      **YVROSE**
                                      **JEAN-BAPTISTE**

-against-

NYC DEPARTMENT OF EDUCATION,
DINA KOSKI, DEBRA GERSHMAN,

                                      Defendants.
------------------------------------------------X

YVROSE JEAN-BAPTISTE, being sworn states:

1. I am the Plaintiff in the instant action, and a former, full-time employee of Defendant NYC Department of Education ("NYCDOE") as an elementary school teacher.

2. Since 2003, I worked at P.S. 26, where defendants Koski and Gershman are Principal and Assistant Principal, respectively.

3. I am Black and of Haitian descent.

4. At all times herein relevant, I possessed a current, valid Early Childhood Education certificate/licensure.

5. Prior to commencing work at P.S. 26, defendant Koski called me by telephone and attempted to persuade me not to report to work at P.S. 26, which I was transferred to pursuant to an Integration transfer.

6. Throughout my tenure at P.S. 26, defendants Koski and Gershman subjected me to treatment and discipline to which similarly situated white teachers were not subject.

7. This included almost daily, unannounced observations of my teaching sessions; almost daily review of my lesson plans; summonsing students of mine to the Principal's office during class sessions to examine those students' assignments and work product; and assigning me to teach classes outside of my licensure area and/or as a substitute teacher, when similarly situated white teachers without my certification were given my grade levels and not required to perform as a substitute teacher. I was also forced to work with coaches that I neither wanted nor required.

8. Prior to working at P.S. 26 with defendants Koski and Gershman, I had never been "written up" nor formally disciplined by defendant NYCDOE.

9. At all times herein relevant, my classroom and its contents were more than adequate and appropriate for my students.

10. During my tenure at P.S. 26 while in the employ of defendants, I have performed my job satisfactorily as reflected by my annual evaluations. (Attached as Exhibit "1").

11. Now that this lawsuit is pending, and in retaliation therefor, defendant Koski gave me an Unsatisfactory rating for my 2007-2008 annual evaluation. (Attached as Exhibit "2").

12. It is now clear to me why P.S. 26 lacked minority staff and was thus a school that participated in the Integration transfer program. Given the treatment I received at

the hands of defendants Koski and Gershman, other minorities would not want to work there.

_____
Yvrose Jean-Baptiste

Sworn to before me this 23rd day of July 2009

Notary Public
DAVID C. WIMS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02WI6107747
Qualified in Kings County
Commission Expires August 18, 2012

# **EXHIBIT 1**

# **EXHIBIT 1**



**NEW YORK CITY BOARD OF EDUCATION**
DIVISION OF PERSONNEL
OFFICE OF APPEALS AND REVIEWS
65 Court Street, Brooklyn, New York 11201
BE/OOP 98658 (5/87) pers d1 (Replaces OP 11B)

## ANNUAL PROFESSIONAL PERFORMANCE REVIEW AND REPORT ON PROBATIONARY SERVICE OF PEDAGOGICAL EMPLOYEE
(OTHER THAN SUPERVISOR, GUIDANCE COUNSELOR, SCHOOL SOCIAL WORKER, PSYCHOLOGIST, EDUCATIONAL EVALUATOR, SCHOOL SECRETARY)

| LICENSE | | FILE NUMBER |
|---|---|---|
| | APT NO | SOCIAL SECURITY NUMBER |
| STATE | ZIP CODE | TENURED / PROBATIONER / SUBSTITUTE |

| CURRENT SALARY RATE | FOR PROBATIONERS: Date of Appointment | Jerome Credit | N.Y.S. Tenure Credit (Max 1 year) | Date of Completion of Probation |
|---|---|---|---|---|
| $ | | | | |

| SCHOOL | BOROUGH | DISTRICT |
|---|---|---|
| 26 | Q | 26 |

| | FIRST YEAR | | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR. BOR. ROWED DAYS | SUBSTITUTE SERVICE NO. OF DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | | |
| | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | | |
| LATENESS* | | | | | | | | | | | | | 47 days | | |
| ABSENCE* Exclude Non-Attendance | | | | | | | | | | | | | 1 hour 10 minutes | | |

* NOTE: For reports on probationers complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

### SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL AND PROFESSIONAL QUALITIES** | | | |
| 1. Attendance and punctuality | | | |
| 2. Personal appearance | | | |
| 3. Voice, speech and use of English | | | |
| 4. Professional attitude and professional growth | | | |
| 5. Resourcefulness and initiative | | | |
| **B. PUPIL GUIDANCE AND INSTRUCTION** | | | |
| 1. Effect on character and personality growth of pupils | | | |
| 2. Control of class | | | |
| 3. Maintenance of wholesome classroom atmosphere | | | |
| 4. Planning and preparation of work | | | |
| 5. Skill in adapting instruction to individual needs and capacities | | | |
| 6. Effective use of appropriate methods and techniques | | | |
| 7. Skill in making class lessons interesting to pupils | | | |
| 8. Extent of pupil participation in the class and school program | | | |
| 9. Evidence of pupil growth in knowledge, skills, appreciations and attitude | | | |
| 10. Attention to pupil health, safety and general welfare | | | |
| **C. CLASSROOM OR SHOP MANAGEMENT** | | | |
| 1. Attention to physical conditions | | | |
| 2. Housekeeping and appearance of room | | | |
| 3. Care of equipment by teacher and children | | | |
| 4. Attention to records and reports | | | |
| 5. Attention to routine matters | | | |
| **D. PARTICIPATION IN SCHOOL AND COMMUNITY ACTIVITIES** | | | |
| 1. Maintenance of good relations with other teachers and with supervisors | | | |
| 2. Effort to establish and maintain good relationships with parents | ✓ | | |
| 3. Willingness to accept special assignments in connection with the school program | ✓ | | |

**E. ADDITIONAL REMARKS** (additional sheets, signed and acknowledged may be attached):

### SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on: |
|---|---|---|
| S | [signature] 6/10/05 | 6/13/05 [signature] SIGNATURE OF EMPLOYEE |

For the period:
From 9/7/04 to 6/28/05

(Complete Reverse Side for Probationary Personnel Only)

**NEW YORK CITY BOARD OF EDUCATION**
DIVISION OF PERSONNEL
OFFICE OF APPEALS AND REVIEWS
65 Court Street, Brooklyn, New York 11201
OE/DOP 9955B (5/87) pers di  (Replaces OP 11B)

## ANNUAL PROFESSIONAL PERFORMANCE REVIEW AND REPORT ON PROBATIONARY SERVICE OF PEDAGOGICAL EMPLOYEE
(OTHER THAN SUPERVISOR, GUIDANCE COUNSELOR, SCHOOL SOCIAL WORKER, PSYCHOLOGIST, EDUCATIONAL EVALUATOR, SCHOOL SECRETARY)

Y JEAN BAPTISTE        666324
158-20 EPSOM COURSE      ISP
HOLLISWOOD              NY
11423    03    26  CC26  7973
SALARY 840340       SSN103481602

| | LICENSE | | | FILE NUMBER | |
|---|---|---|---|---|---|
| | | APT. NO | | SOCIAL SECURITY NUMBER | |
| | STATE | ZIP CODE | | TENURED | PROBATIONER | SUBSTITUTE |

| CURRENT SALARY RATE | FOR PROBATIONERS: Date of Appointment | Jerome Credit | N.Y.S. Tenure Credit (Max. 1 year) | Date of Completion of Probation |
|---|---|---|---|---|
| $ | | | | |

| SCHOOL | | | BOROUGH | | | | | | | DISTRICT | | |

| | FIRST YEAR | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR BOR-ROWED DAYS | SUBSTI-TUTE SERVICE NO. OF DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | |
| | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | | |
| LATENESS* | | | | | | | | | | | | | 1/10 | | |
| ABSENCE* Exclude Non-Attendance | | 51 | | | | | | | | | | | | | |

* NOTE: For reports on probationers complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

## SECTION 1 - REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL AND PROFESSIONAL QUALITIES** | | | |
| 1. Attendance and punctuality | | | |
| 2. Personal appearance | | | |
| 3. Voice, speech and use of English | | | |
| 4. Professional attitude and professional growth | | | |
| 5. Resourcefulness and initiative | | | |
| **B. PUPIL GUIDANCE AND INSTRUCTION** | | | |
| 1. Effect on character and personality growth of pupils | | | |
| 2. Control of class | | | |
| 3. Maintenance of wholesome classroom atmosphere | | | |
| 4. Planning and preparation of work | | | |
| 5. Skill in adapting instruction to individual needs and capacities | | | |
| 6. Effective use of appropriate methods and techniques | | | |
| 7. Skill in making class lessons interesting to pupils | | | |
| 8. Extent of pupil participation in the class and school program | | | |
| 9. Evidence of pupil growth in knowledge, skills, appreciations and attitude | | | |
| 10. Attention to pupil health, safety and general welfare | | | |
| **C. CLASSROOM OR SHOP MANAGEMENT** | | | |
| 1. Attention to physical conditions | | | |
| 2. Housekeeping and appearance of room | | | |
| 3. Care of equipment by teacher and children | | | |
| 4. Attention to records and reports | | | |
| 5. Attention to routine matters | | | |
| **D. PARTICIPATION IN SCHOOL AND COMMUNITY ACTIVITIES** | | | |
| 1. Maintenance of good relations with other teachers and with supervisors | | | |
| 2. Effort to establish and maintain good relationships with parents | ↓ | | |
| 3. Willingness to accept special assignments in connection with the school program | | | |

E. ADDITIONAL REMARKS (additional sheets, signed and acknowledged may be attached)




## SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (If other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on: |
|---|---|---|
| S | [signature] 6/12/06 | |
| For the period. From 9/6/05 to 6/28/06 | DATE | DATE    SIGNATURE OF EMPLOYEE |

*(Complete Reverse Side for Probationary Personnel Only)*

MGO 00116082 4000 Pkg/25-3200.05.9

**NEW YORK CITY BOARD OF EDUCATION**
DIVISION OF PERSONNEL
OFFICE OF APPEALS AND REVIEWS
65 Court Street, Brooklyn, New York 11201
BE/DOP 9956 B (5/87) pers d1  (Replaces OP 118)

## ANNUAL PROFESSIONAL PERFORMANCE REVIEW AND REPORT ON PROBATIONARY SERVICE OF PEDAGOGICAL EMPLOYEE
(OTHER THAN SUPERVISOR, GUIDANCE COUNSELOR, SCHOOL SOCIAL WORKER, PSYCHOLOGIST, EDUCATIONAL EVALUATOR, SCHOOL SECRETARY)

Y JEAN BAPTISTE    666324
198- 0 RPSOP COURSE    IRS
HOLLSWOOD    NY
1142    03    26    0026    7878

| | FIRST YEAR | | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR BORROWED DAYS | SUBSTITUTE SERVICE NO. OF DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | | |
| | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | DAYS | HRS. | MIN. | | | |
| LATENESS* | | | | | | | | | | | | | 14 | | |
| ABSENCE* Exclude Non-Attendance | 9 | 32 | | | | | | | | | | | | | |

* NOTE: For reports on probationers complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

### SECTION 1 – REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATIS-FACTORY | UNSATIS-FACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| **A. PERSONAL AND PROFESSIONAL QUALITIES** | | | |
| 1. Attendance and punctuality | | | |
| 2. Personal appearance | | | |
| 3. Voice, speech and use of English | | | |
| 4. Professional attitude and professional growth | | | |
| 5. Resourcefulness and initiative | | | |
| **B. PUPIL GUIDANCE AND INSTRUCTION** | | | |
| 1. Effect on character and personality growth of pupils | | | |
| 2. Control of class | | | |
| 3. Maintenance of wholesome classroom atmosphere | | | |
| 4. Planning and preparation of work | | | |
| 5. Skill in adapting instruction to individual needs and capacities | | | |
| 6. Effective use of appropriate methods and techniques | | | |
| 7. Skill in making class lessons interesting to pupils | | | |
| 8. Extent of pupil participation in the class and school program | | | |
| 9. Evidence of pupil growth in knowledge, skills, appreciations and attitude | | | |
| 10. Attention to pupil health, safety and general welfare | | | |
| **C. CLASSROOM OR SHOP MANAGEMENT** | | | |
| 1. Attention to physical conditions | | | |
| 2. Housekeeping and appearance of room | | | |
| 3. Care of equipment by teacher and children | | | |
| 4. Attention to records and reports | | | |
| 5. Attention to routine matters | | | |
| **D. PARTICIPATION IN SCHOOL AND COMMUNITY ACTIVITIES** | | | |
| 1. Maintenance of good relations with other teachers and with supervisors | | | |
| 2. Effort to establish and maintain good relationships with parents | | | |
| 3. Willingness to accept special assignments in connection with the school program | ✓ | | |

E. ADDITIONAL REMARKS (additional sheets, signed and acknowledged may be attached):

### SECTION 2 - PERFORMANCE EVALUATION

| OVERALL EVALUATION  S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (if other - give title) | ACKNOWLEDGMENT BY EMPLOYEE I have received this report on: |
|---|---|---|
| S | _A. ____ Ed.d_  6/1/07 DATE | DATE    SIGNATURE OF EMPLOYEE |

For the period: From 8/31/06 to 6/27/07

*(Complete Reverse Side for Probationary Personnel Only)*

MGO 00116082 4000 Pkg/25-3200.05.9

# **EXHIBIT 2**

# **EXHIBIT 2**

Generated by PDFKH.NET Evaluation



New York City Department of Education
Division of Human Resources
65 Court Street, Brooklyn, New York 11201
BEDOP 99550 (5/08) pers #1

## ANNUAL PROFESSIONAL PERFORMANCE REVIEW AND REPORT ON PROBATIONARY SERVICE OF PEDAGOGICAL EMPLOYEE

(GUIDANCE COUNSELOR, SCHOOL SOCIAL WORKER, PSYCHOLOGIST, EDUCATIONAL EVALUATOR, SCHOOL SECRETARY)

| EMPLOYEE'S FULL NAME | LICENSE | FILE NUMBER |
|---|---|---|
| JEAN BAPTISTE, YVROSE | EARLY CHILDHOOD CLASSES DES | 0666324 |

| EMPLOYEE'S COMPLETE HOME ADDRESS (Number and Street) | APT.NO | EMPLOYEE ID NUMBER |
|---|---|---|
| 4321 GUNN HIGHWAY | | 687896 |

| CITY | STATE | ZIP CODE | TENURED | PROBATIONER | SUBSTITUTE |
|---|---|---|---|---|---|
| TAMPA | FL | 33618 | | P | |

| CURRENT SALARY RATE | FOR PROBATIONERS: Date of Appointment | Jerome Credit | N.Y.S. Tenure Credit (Max 1 year) | Date of Completion of Probation |
|---|---|---|---|---|
| $86,590.00 | | | | |

| SCHOOL | BOROUGH | DISTRICT |
|---|---|---|
| 0026-P.S. 026 RUFUS KING | QUEENS | 26 |

| Printed as of 06-17-08 | FIRST YEAR | | | | SECOND YEAR | | | | THIRD YEAR | | | | DAYS IN C.A.R. | OR BORROWED DAYS | SUBSTITUTE SERVICE NO. OF DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | TIMES NO. | TIME LOST | | | | | |
| | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | DAYS | HRS | MIN | | | |
| LATENESS | 2 | 0 | 6 | 11 | | | | | | | | | | | |
| ABSENCE* Exclusive non-attendance | 14 | 14 | 0 | 0 | | | | | | | | | -4 | | |

*NOTE: For reports on probationers, complete 1 to 3 years as applicable. For all other personnel use "First Year" to denote current year.

### SECTION 1- REPORT BY PRINCIPAL OR OTHER APPROPRIATE SUPERVISOR:

| COMMENTS (as checked. "NA" indicates "Not Applicable.") | SATISFACTORY | UNSATISFACTORY | ADDITIONAL COMMENTS |
|---|---|---|---|
| A. PERSONAL AND PROFESSIONAL QUALITIES | | | |
| 1. Attendance and punctuality | | U | |
| 2. Personal appearance | | | |
| 3. Voice, speech and use of English | | | |
| 4. Professional attitude and professional growth | | U | |
| 5. Resourcefulness and initiative | | | |
| B. PUPIL GUIDANCE AND INSTRUCTION | | | |
| 1. Effect on character and personality growth of pupil | | | |
| 2. Control of class | | U | |
| 3. Maintenance of wholesome classroom atmosphere | | U | |
| 4. Planning and preparation of work | | U | |
| 5. Skill in adapting instruction to individual needs and capacities | | | |
| 6. Effective use of appropriate methods and techniques | | U | |
| 7. Skill in making class lessons interesting to pupils | | | |
| 8. Extent of pupil participation in the class and school program | | | |
| 9. Evidence of pupil growth in knowledge, skills, appreciations and attitude | | | |
| 10. Attention to pupil health, safety and general welfare | | | |
| C. CLASSROOM OR SHOP MANAGEMENT | | | |
| 1. Attention to physical conditions | | | |
| 2. Housekeeping and appearance of room | | U | |
| 3. Care of equipment by teacher and children | | U | |
| 4. Attention to records and reports | | | |
| 5. Attention to routine matters | | | |
| D. PARTICIPATION IN SCHOOL AND COMMUNITY ACTIVITIES | | | |
| 1. Maintenance of good relations with other teachers and with supervisors | | U | |
| 2. Effort to establish and maintain good relationships with parents | | U | |
| 3. Willingness to accept special assignments in connection with the school program | | U | |

E. ADDITIONAL REMARKS (additional sheets, signed and acknowledged may be attached):

**Ms Jean Baptiste refused assistance.**

### SECTION 2- PERFORMANCE EVALUATION

| OVERALL EVALUATION S, U, or D (D for first year probation only) | SIGNATURE OF PRINCIPAL (if other, give title) | ACKNOWLEDGEMENT BY EMPLOYEE I have received this report on: |
|---|---|---|
| U | [signature] 6/17/08 | |
| For the period: From 8/30/2007 to 6/26/2008 | DATE | SIGNATURE OF EMPLOYEE    DATE |

(Continued...Please go to page 2)

Click here to unlock PDFKH.NET